In the Matter of PHILIP E. COOK, Appellant, against LEWIS E. LAWES et al., Constituting the Prison Board of Sing Sing Prison, et al., Respondents.

In the Matter of NICHOLAS TRIMARCO, Appellant, against LEWIS E. LAWES et al., Constituting the Prison Board of Sing Sing Prison, et al., Respondents.

In the Matter of HENRY MATTHEWS, Appellant, against LEWIS E. LAWES et al., Constituting the Prison Board of Sing Sing Prison, et al., Respondents.

In the Matter of JOSEPH O'KEEFE, Appellant, against LEWIS E. LAWES et al., Constituting the Prison Board of Sing Sing Prison, et al., Respondents.

In the Matter of WILLIAM THOMPSON, Appellant, against LEWIS E. LAWES et al., Constituting the Prison Board of Sing Sing Prison, et al., Respondents.

In the Matter of ALFRED BONINI, Appellant, against LEWIS E. LAWES et al., Constituting the Prison Board of Sing Sing Prison, et al., Respondents.

(Argued April 21, 1936; decided May 19, 1936.)

*Jay Leo Rothschild, Louis Rivkin* and *Arthur S. Jarcho* for appellants.

*John J. Bennett, Jr., Attorney-General (Caleb Candee Brown, Jr.,* and *Henry Epstein* of counsel), for respondents.

In each proceeding, order affirmed. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.